Paul A. SCHILLECI, Petitioner,

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 2012–3188.

United States Court of Appeals, Federal Circuit.

April 8, 2013.

David Gespass, Gespass & Johnson, of Birmingham, AL, argued for petitioner.

Kenneth M. Dintzer, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. On the brief were Stuart F. Delery, Principal Deputy Assistant Attorney General, Jeanne E. Davidson, Director, Todd M. Hughes, Deputy Director, and Tara K. Hogan, Trial Attorney.

PROST, REYNA, and WALLACH, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**